said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

O. F. FINNEY, *Plaintiff in Error*, VS. STATE OF FLORIDA, *Defendant in Error*.
142 So. 232.
Division A.
Decision filed June 3, 1932.

*E. M. Magaha,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

WILLIAM CATOR, alias W. C. Cator, alias Bill Cator, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error*.
142 So. 217.
Division A.
Decision filed June 3, 1932.

*Frank Redd,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Marvin C. McIntosh,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

M. A. McDOUGALD, as Chief of Police, City of Plant City, Florida, *Plaintiff in Error,* vs. STATE OF FLORIDA, Ex rel. REGGIE YATES, *Defendant in Error.*

142 So. 219.

Division A.

Decision filed June 3, 1932.

Petition for rehearing denied July 15, 1932.

*G. B. Wells,* for Plaintiff in Error;

*E. P. Martin,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgmnet to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court